Heather M. Shumaker, Esq. (IN #28340-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
        kanders@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PRATER,<br>　　　　Plaintiff,<br><br>　vs.<br><br>NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and TRANS UNION LLC,<br>　　　　Defendants. | CASE NO. 2:18-cv-02023-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Jerry Prater, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02023-MCE-AC**

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date: <u>October 23, 2018</u> | */s/ Clark Ovruchesky (with consent)* |
| 4 | | Clark Ovruchesky, Esq. |
| | | Law Office of Clark Ovruchesky |
| 5 | | 3148 Midway Drive, Suite 203 |
| | | San Diego, CA  92110 |
| 6 | | Telephone:  (619) 356-8960 |
| 7 | | Fax:  (619) 330-7610 |
| | | E-Mail:  co@colawcalifornia.com |
| 8 | | |
| | | *Counsel for Jerry Prater* |
| 9 | | |
| 10 | | |
| 11 | Date:  <u>October 23, 2018</u> | */s/ Heather M. Shumaker* |
| 12 | | Heather M. Shumaker, Esq.  (IN #28340-49) |
| | |   *(admitted Pro Hac Vice)* |
| 13 | | Schuckit & Associates, P.C. |
| | | 4545 Northwestern Drive |
| 14 | | Zionsville, IN  46077 |
| | | Telephone:  317-363-2400 |
| 15 | | Fax:  317-363-2257 |
| | | E-Mail: hshumaker@schuckitlaw.com |
| 16 | | |
| | | *Lead Counsel for Defendant Trans Union, LLC* |
| 17 | | |
| 18 | | Eileen T. Booth, Esq. (CSB #182974) |
| | | Kurtis J. Anders, Esq. (CSB #269333) |
| 19 | | Jacobsen & McElroy PC |
| | | 2401 American River Drive, Suite 100 |
| 20 | | Sacramento, CA  95825 |
| | | Telephone:  916-971-4100 |
| 21 | | Fax:  916-971-4150 |
| | | E-Mail:   ebooth@jacobsenmcelroy.com |
| 22 | |         kanders@jacobsenmcelory.com |
| 23 | | *Local Counsel for Defendant Trans Union, LLC* |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02023-MCE-AC**

**ORDER**

PURSUANT TO STIPULATION, all claims of Plaintiff Jerry Prater against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Jerry Prater and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE